SOUTHERN DISTRICT OF MISSISSIPPI
FILED

FEB - 3 2026

ARTHUR JOHNSTON
BY _____ DEPUTY

AO 91 (Rev. 11/11) Criminal Complaint

United States Courts
Southern District of Texas
FILED

February 05, 2026

Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

United States of America
v.
IRMA ANTONIA RAMOS CORTEZ

Defendant(s)

Case No.

4:26-mj-89

1:26-mj-03-BWR

FEB 3 PM 2:22

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **January 22, 2026** in the county of **Harrison** in the **Southern** District of **MS, Southern Division**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 554 | Smuggling of Goods from the United States |

This criminal complaint is based on these facts:
See Affidavit attached hereto and incorporated herein.

☑ Continued on the attached sheet.

A TRUE COPY, I HEREBY CERTIFY

ARTHUR JOHNSTON, CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
By _____ Deputy Clerk

_____
Complainant's signature

Howard N. O'Gwin, Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 2/3/2026

City and state: Gulfport, Mississippi

_____
Judge's signature

Bradley W. Rath, United States Magistrate Judge
Printed name and title

Affidavit

State of Mississippi

County of Harrison

Southern District of Mississippi

I, Howard N. O'Gwin, being first duly sworn, hereby depose and say that:

1. Your affiant is a Special Agent employed by the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI). I have been employed as a special agent since June 2019. I have over 16 years' experience as a professional law enforcement officer. I hold an Associate of Applied Science degree in Criminal Justice from Mississippi Gulf Coast Community College. I am also a graduate of Mississippi Law Enforcement Officers' Training Academy. I am also a graduate of the Criminal Investigator Training Program at the Federal Law Enforcement Training Academy in Glynco, Georgia.

2. I have led and/or participated in criminal investigations involving controlled delivery operations, undercover transactions, the execution of search and arrest warrants, the review of consensual-recorded conversations, the cultivation and use of confidential informants, and various types of physical and electronic surveillance. I have participated in the execution of multiple federal search and arrest warrants and have seized evidence concerning violations of U.S. law. Through my training and experience, as well as consultation with other law enforcement agents, I have become familiar with a variety of means through which individuals and entities import and export merchandise in violation of federal laws. I am generally aware of the methods used to export U.S. goods illegally, and the types of financial transactions used to support those illegal activities, including a variety of means through which firearms are exported unlawfully. I am also familiar with

illegal export schemes that involve the transshipment of prohibited items. I have statutory authority from the Homeland Security Act of 2002 to execute warrants issued under the authority of the United States and to make arrests.

## PROBABLE CAUSE

3. On January 22, 2026, at approximately 1121 hours, the United States Department of Homeland Security (DHS), United States Customs and Border Protection (CBP) officers assigned to Gulfport Point of Entry searched an export container (CMCU4511792) of household goods destined for El Salvador. It was determined by CBP that the shipping company, O Globo Cargo Incorporated of Houston, Texas, was associated with prior seizures connected to firearms and ammunition.

4. During the search of the container, CBP officers located two handguns concealed within the contents of the shipping box. The first gun was a disassembled Glock 22 pistol and an extended 26 round magazine. The second gun found concealed within the box was a Taurus G2C 9mm pistol along with a 9mm magazine. CBP officers contacted O Globo Cargo in regard to the container. CBP was provided with the invoice as well as a photo identification of the individual who paid for the cardboard box that contained the handguns located inside the shipping container. The individual was identified as IRMA ANTONIA RAMOS CORTEZ. System queries performed by CBP show that RAMOS CORTEZ is currently present inside the United States illegally. The address provided to O Globo Cargo by RAMOS CORTEZ was 8330 Carvel Lane, Apartment 39, Houston, Texas, 77083. The phone number provided to O Globo Cargo by RAMOS CORTEZ was (713)363-4662. CBP contacted Homeland Security Investigations (HSI) Special Agent Howard O'Gwin.

5. On January 31, 2026, Special Agent O'Gwin contacted O Globo Cargo, Incorporated and was provided with a screenshot of the receipt of purchase, a photograph of the package at the time of pickup, and screenshots of WhatsApp messages between RAMOS CORTEZ and O Globo Cargo. O Globo Cargo, Incorporated also provided the address of pickup (8330 Carvel Lane, Apartment 39, Houston, Texas, 77036). Upon being picked up by O Globo Cargo, the driver located the package which observed the parcel was prepackaged and sealed. On the receipt provided to HSI, RAMOS CORTEZ declared the box to be containing "clothes, perfumes, new tools, and shoes." This package was paid in cash for a total value of four hundred and twenty-five dollars. The contact information on the screenshot provided, from WhatsApp, displayed the name Sra Irma Cortez with the phone number (713)363-4662. It was also confirmed that RAMOS CORTEZ sent a photo of her passport to O Globo Cargo on January 22, 2025, via Whatsapp, at the request of the shipping company.

6. Based on the aforementioned facts and circumstances, I believe that there is probable cause to believe RAMOS CORTEZ has violated Title 18, United States Code, Section 554 smuggling of goods from the United States.

Howard N. O'Gwin
Special Agent
Homeland Security Investigations

Sworn and subscribed before me
this the 3rd day of February 2026.

A TRUE COPY, I HEREBY CERTIFY

ARTHUR JOHNSTON, CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
By: _____ A. Broby _____, Deputy Clerk

UNITED STATES MAGISTRATE JUDGE